CHARLOTTE EPPS, Appellant, *v.* MAY PRICE et al., Respondents.

*Epps* v. *Price*, 175 App. Div. 955, appeal dismissed.
(Argued June 4, 1917; decided June 12, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered February 2, 1917, affirming a judgment in favor of defendants entered upon a verdict in an action to have adjudged invalid the will of Julia Makley, deceased.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and that permission to appeal had not been obtained.

*N. P. Willis* for motion.

*G. L. Bockes* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.